## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

PATE v. ELIZABETH HOSPICE                                Case No. 08cv0587 BEN(RBB)
                                                         **Time Spent:**

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                       Rptr.

                              Attorneys
          Plaintiffs                            Defendants

Richard Cotter                            John Wynne (present)
                                          Elizabeth Vann (present)


PROCEEDINGS:   x   In Chambers       ___   In Court       ___   Telephonic

An early neutral evaluation conference was held.

An order to show cause was issued for Plaintiff's and Plaintiff's counsel's failure to appear at today's conference.

A telephonic, attorneys-only case management conference and order to show cause hearing are set for June 26, 2008, at 8:30 a.m.

Counsel for Plaintiff is to initiate the call.

Any opposition to the order to show cause explaining why sanctions should not be imposed shall be filed by May 19, 2008.  Any reply may be filed by May 27, 2008.


DATE: May 8, 2008            IT IS SO ORDERED:   *Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge

cc: Judge Benitez                        INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\PATE587\MINUTE01.wpd