UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA E. PATE, | ) Civil No. 08cv0587 BEN(RBB) |
| Plaintiff, | ) ORDER FOLLOWING EARLY NEUTRAL |
| | ) EVALUATION CONFERENCE, SETTING |
| v. | ) RULE 26 COMPLIANCE AND NOTICE |
| | ) OF CASE MANAGEMENT CONFERENCE |
| ELIZABETH HOSPICE, INC., a California Corporation; and DOES 1-10 INCLUSIVE, | ) |
| Defendants. | ) |

On May 8, 2008, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

1     2.   The rule 26(f) conference shall be completed on or before
2  June 2, 2008.
3     3.   A discovery plan shall be lodged with Magistrate Judge
4  Brooks on or before June 12, 2008.
5     4.   The initial disclosures pursuant to rule 26(a)(1)(A-D)
6  shall occur on or before June 16, 2008.
7     5.   A telephonic, attorneys-only case management conference
8  and order to show cause hearing are set for June 26, 2008, at 8:30
9  a.m.  Counsel for Plaintiff is to initiate the call.
10      Plaintiff's(s') counsel shall serve a copy of this order on
11 all parties that enter this case after the date of this order.
12      Failure of any counsel or party to comply with this order may
13 result in sanctions.
14      IT IS SO ORDERED.
15
16 DATED:  May 8, 2008
                                          Ruben B. Brooks
17                                        United States Magistrate Judge
18 cc:
   Judge Benitez
19 All Parties of Record