1  Richard I. Cotter  SBN 237479
2  3451 Goldfinch Street
   San Diego, California 92103
   (619) 243-9295
3  (619) 255-3039 Facsimile

4  Attorneys for Plaintiff

FILED

2008 MAY 19  AM 11: 10

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

11  BARBARA E. PATE                        08-CV-0587 BEN RBB

12              Plaintiff,                 Hon. Ruben B. Brooks
        vs.
13                                         DECLARATION OF RICHARD I.
    ELIZABETH HOSPICE, INC., a California  COTTER IN OPPOSITION TO ORDER
14  Corporation; and DOES 1-10 INCLUSIVE   TO SHOW CAUSE RE: SANCTIONS
                                           FOR FAILURE TO APPEAR AT EARLY
15              Defendants.                NEUTRAL EVALUATION
                                           CONFERENCE

19        On May 8, 2008, an Early Neutral Evaluation was held an Order to Show Cause

20  explaining why sanctions should not be imposed on Plaintiff's counsel was issued by this court.

21  Counsel respectfully submits the following declaration.

22        I, RICHARD I. COTTER, declare as follows:

23  1.    I am an attorney duly licensed to practice law in the State of California, and the attorney

24        of record for Plaintiff, Barbara E. Pate. Each of the matters stated in the following are

25        true of my own personal knowledge, and, if called as a witness, I would and could

26        competently testify.

27  2.    On February 28, 2008, I personally served Defendant's counsel, John Wynne, with the

28        complaint filed in the above entitled case. As a condition for accepting the service for

DECLARATION OF RICHARD I. COTTER IN OPPOSITION TO ORDER TO SHOW CAUSE
1

Defendants, it was agreed an extension in which to file an answer would be granted.

3. On May 8, 2008, I received a voice mail message from Hon. Ruben Brooks' clerk indicating that there was a early neutral evaluation and that I had not appeared at.

4. The phone call from the clerk was the first contact I have had involving this case since defendant had been served the summons and complaint on February 28, 2008. After receiving the clerk's message I returned the call later that afternoon and informed her that I was unaware of any hearing scheduled in this matter.

5. I have not received an answer in this matter nor have I received a request for removal to Federal court. May 8th was the first day I was aware that the matter had been removed to Federal court. I have not been noticed on any hearing in this matter except a copy of the Court's minutes order from May 8th, in addition to the Order following Early Neutral Evaluation Conference also dated May 8th.

6. Defendant's counsel has served me via facsimile and U.S. Mail, two letters dated May 9, 2008 and May 14, 2008 which referenced the May 8th hearing. The two letters are the only documents I have received from Defendant's counsel regarding the current matter. I am currently in the process of relocating to Orange County and Friday, May 16, 2008 was the first day I had viewed any of the above mentioned documents.

7. I am not admitted to practice law in the Federal District Court for the Southern District of California. I am not registered to receive automatic case filing notices generated by the electronic case filing system.

For the above reasons I respectfully request that sanctions not be imposed against plaintiff and plaintiff's counsel.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 18, 2008, at San Diego, California.

May 18, 2008

Richard I. Cotter, Esq.

---

DECLARATION OF RICHARD I. COTTER IN OPPOSITION TO ORDER TO SHOW CAUSE

2

1

**PROOF OF SERVICE BY MAIL**

2      I declare that I am employed in the County of San Diego, State of California. I am

3 over the age of eighteen years and not a party to the within entitled cause. My business

4 address is: 3451 Goldfinch Street, San Diego, CA 92103. On May 19, 2008, I served

5 DECLARATION OF RICHARD I. COTTER IN OPPOSITION TO ORDER TO SHOW

6 CAUSE RE:SANCTIONS FOR FAILURE TO APPEAR AT EARLY NEUTRAL

7 EVALUATION CONFERENCE, on the interested parties in said cause, by placing a true

8 copy thereof, enclosed in an envelope addressed as follows:

9 Jhon C. Wynne, Esq.
Duckor Spradling Metzger & Wynne
10 3043 4th Avenue
San diego, California 92103

11

12

13

14      I am readily familiar with the firm's practice of collection and processing

15 correspondence for mailing. Under that practice such envelope would be sealed and

16 deposited with U.S. postal service on that same day with postage thereon fully prepaid at

17 Santa Ana, California in the ordinary course of business. I am aware that on motion of the

18 party served, service is presumed invalid if postal cancellation date or postage meter date

19 is more than one day after the date of deposit for mailing in this affidavit.

20      I declare under penalty of perjury under the laws of the State of California that the

21 foregoing is true and correct. Executed on May 19, 2008, at San Diego, California.

22

23

24 Richard I. Cotter

25

26

27

28