1

2                                                    : 11

FILED

2008 MAY 19 AM 11: 11

3          **UNITED STATES DISTRICT COURT**

4          **SOUTHERN DISTRICT OF CALIFORNIA**

5

6    Barbara E. Pate                    )
                        Plaintiff      )
7                                       )          Case Number:08cv587 BEN (RBB)
          vs                            )
8                                       )          **NOTICE OF NONCOMPLIANCE WITH**
                                        )          **LOCAL RULE 5.4(a) MANDATORY**
9    Elizabeth Hospice, Inc.            )          **ELECTRONIC FILING**
                        Defendant      )
10   _____)

11   Document Submitted: Declaration of Richard I. Cotter in Opposition to Order to Show Cause

12   Filed by Attorney: Richard I. Cotter

13   The document(s) listed above were not submitted electronically and therefore do not comply with
14   Local Rule 5.4(a).

15   L.R. 5.4(a) - Except as proscribed by local rule, order or other procedure, the court has designated all
     cases to be assigned to the Electronic Filing System. Unless otherwise expressly provided in the
16   Court's Electronic Case Filing Administrative Policies and Procedures Manual, the Court's Local
     Rules, or in the exceptional circumstances preventing a registered user from filing electronically, as
17   of November 1, 2006 all petitions, motions, memoranda of law, or other pleadings and documents
18   required to be filed with the court by a registered user in connection with a case assigned to the
     Electronic Filing System shall be electronically filed.
19

20   A copy of this notice has been provided to counsel of record for this party.

21   **Counsel must register for CM/ECF on the court's web site, www.casd.uscourts.gov, within 5**
     **business days of receipt of this notice.**
22

23   Please take notice, further documents submitted that do not comply with this rule will be submitted
     to the Court on a discrepancy order.
24

25   Date:5/19/2008

                              W. Samuel Hamrick, Clerk of Court
26

27                            By,/s/K.Hammerly Deputy Clerk

28