ORIGINAL

*PATE v. THE ELIZABETH HOSPICE, INC., et al.*
USDC, So. Dist. of CA – Case No. 08-CV-0587 BEN RBB

**Exhibit B** to:

DEFENDANT THE ELIZABETH HOSPICE, INC.'S REPLY IN SUPPORT OF AN AWARD OF SANCTIONS AGAINST PLAINTIFF AND COUNSEL FOR FAILURE TO APPEAR AT EARLY NEUTRAL EVALUATION CONFERENCE

John C. Wynne (Bar No. 83041)
Elizabeth B. Vann (Bar No. 249252)
**DUCKOR SPRADLING METZGER & WYNNE**
A Law Corporation
3043 4th Avenue
San Diego, California 92103
(619) 209-3000; (619) 209-3043 fax

Attorneys for Defendant
THE ELIZABETH HOSPICE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA E. PATE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE ELIZABETH HOSPICE, INC., et al.<br><br>　　　　Defendants. | CASE NO.: 08-CV-0587 BEN RBB<br><br>DECLARATION OF JOHN C. WYNNE<br><br>Judge:　　　Ruben B. Brooks<br>Action Filed: June 27, 2007<br>Trial Date:　None set |

I, JOHN C. WYNNE, declare:

1. I am a shareholder in the law firm of Duckor Spradling Metzger & Wynne, attorneys of record for Defendant THE ELIZABETH HOSPICE, INC. ("TEH") in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration. I make this declaration of my own personal knowledge, and if called as a witness, I could and would testify competently to the matters set forth herein. I offer the following declaration testimony in support of TEH's reply in support of an award of sanctions against Plaintiff and her attorney, Richard I. Cotter, for their failure to appear at the Early Neutral Evaluation ("ENE") Conference.

2. On February 28, 2008, at Mr. Cotter's request, I accepted service, via personal delivery by Mr. Cotter, of the summons and complaint.

3. I am a 1978 graduate of UCLA Law School. I have practiced as a litigator in state and federal courts for 29 ½ years and have been litigating employment matters since 1983. My standard hourly rate is $435 per hour. I am charging TEH a reduced rate of $350 per hour in this matter.

4. To date, all pleadings, correspondence, or other papers received from Plaintiff's counsel, Richard I. Cotter, in connection with this matter, have indicated that his business address, phone, and facsimile is as follows: 3451 Goldfinch Street, San Diego, CA 92103; phone: (619) 243-9295; fax: (619) 255-3039. Mr. Cotter has never represented that his business address, telephone, or facsimile has changed, or will be changing in the future, nor has he ever requested that papers served in this matter be directed elsewhere or that he be reached by some other means.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 23rd day of May, 2008 at San Diego, California.

By: /s/ John C. Wynne
JOHN C. WYNNE