John C. Wynne, Esq. (SBN 83041)
Elizabeth B. Vann (SBN 249252)
DUCKOR SPRADLING METZGER & WYNNE
3043 4th Avenue
San Diego, CA 92103
(619) 209-3000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA E. PATE, an individual<br><br>                Plaintiff<br><br>                v.<br><br>ELIZABETH HOSPICE, INC., a California corporation; and DOES 1-10 Inclusive,<br><br>                Defendant | No.: 08-CV-0587 BEN RBB<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br><br>    Richard I. Cotter, Esq.<br>    3451 Goldfinch Street<br>    San Diego, CA 92103<br><br>Date Served:    April 2, 2008 |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above-named person the following documents:

**DEFENDANT THE ELIZABETH HOSPICE, INC.'S REPLY IN SUPPORT OF AN AWARD OF SANCTIONS AGAINST PLAINTIFF AND COUNSEL FOR FAILURE TO APPEAR AT EARLY NEUTRAL EVALUATION CONFERENCE**

in the following manner:

                                  check one)

1) ☐ By personally delivering copies to the person served.

2) ☐ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid), copies to the person served at the place where the copies were left.

3) ☐ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ☒ By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California, on May 23, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____May 23, 2008_____, at San Diego, California.

                                                /s/ Dawna Kirbey
                                              Dawna Kirbey