John C. Wynne, Esq. (SBN 83041)
Elizabeth B. Vann (SBN 249252)
DUCKOR SPRADLING METZGER & WYNNE
3043 4th Avenue
San Diego, CA 92103
(619) 209-3000

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| BARBARA E. PATE, an individual<br><br>Plaintiff<br><br>v.<br><br>ELIZABETH HOSPICE, INC., a California corporation; and DOES 1-10 Inclusive,<br><br>Defendant | No.: 08-CV-0587 BEN RBB<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br><br>Richard I. Cotter, Esq.<br>3451 Goldfinch Street<br>San Diego, CA 92103<br>Fax: (619) 255-3039<br><br>Date Served:    May 28, 2008 |
|---|---|

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above-named person the following documents:

**DEFENDANT'S RULE 26(f) REPORT; [PROPOSED] ORDER**

in the following manner:

check one)

1) ☐ By personally delivering copies to the person served.

2) ☐ By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid), copies to the person served at the place where the copies were left.

3) ☐ By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ☒ By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California, on May 28, 2008.

5) ☒ By fax transmission, I faxed the documents to the person at the fax number listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on ____May 28, 2008____, at San Diego, California.

/s/ Dawna Kirbey
Dawna Kirbey

mc 484                                                                                                                CSD-27

```
* * * COMMUNICATION RESULT REPORT ( MAY.28.2008  8:58AM ) * * *
                                                          FAX HEADER:  DSM

TRANSMITTED/STORED : MAY. 28. 2008  8:53AM
FILE  MODE           OPTION            ADDRESS                 RESULT        PAGE
----  ---------      ------            -------                 ------        ----
      MEMORY TX                        92553039                OK            7/7

REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL          E-2) BUSY
    E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION
```

# DUCKOR SPRADLING METZGER & WYNNE
A LAW CORPORATION

3043 4th AVENUE
SAN DIEGO, CALIFORNIA 92103
TELEPHONE (619) 209-3000
FACSIMILE (619) 209-3043
www.dsmwlaw.com

## FACSIMILE TRANSMITTAL

| TO: | FACSIMILE NO.: | TELEPHONE NO.: |
|---|---|---|
| Richard I. Cotter, Esq. | 619.255.3039 | 619.243.9295 |

| FROM: | Elizabeth Burke Vann |
|---|---|
| RE: | Barbara Pate v. The Elizabeth Hospice |
| FILE NO. | 3006-006 |
| DATE: | May 28, 2008 |

**DESCRIPTION OF DOCUMENT, COMMENT OR SPECIAL INSTRUCTIONS:**

See Attached: 1) Defendant's Rule 26(f) Report; [Proposed] Order; Declaration of Service.

NUMBER OF PAGES SENT: 7   (including cover sheet)

THE PAGES COMPRISING THIS FACSIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION FROM DUCKOR SPRADLING METZGER & WYNNE. THIS INFORMATION IS INTENDED SOLELY FOR USE BY THE INDIVIDUAL OR ENTITY NAMED AS THE RECIPIENT HEREOF. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO WE MAY ARRANGE TO RETRIEVE THIS TRANSMISSION AT NO COST TO YOU.

PALM SPRINGS AREA OFFICE: 78-000 FRED WARING DRIVE, SUITE 102, PALM DESERT, CALIFORNIA 92211 • TELEPHONE (760) 341-3132 • FACSIMILE (760) 200-1060