John C. Wynne (Bar No. 83041)
Elizabeth B. Vann (Bar No. 249252)
**DUCKOR SPRADLING METZGER & WYNNE**
A Law Corporation
3043 4th Avenue
San Diego, California 92103
(619) 209-3000; (619) 209-3043 fax

Attorneys for Defendant
THE ELIZABETH HOSPICE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA E. PATE, <br><br> Plaintiff, <br><br> v. <br><br> THE ELIZABETH HOSPICE, INC., et al. <br><br> Defendants. | CASE NO.: 08-CV-0587 BEN RBB <br><br> DEFENDANT THE ELIZABETH HOSPICE, INC.'S *EX PARTE* APPLICATION FOR ORDER AMENDING DEADLINES SET FORTH IN THE MAY 8, 2008 ORDER FOLLOWING THE EARLY NEUTRAL EVALUATION CONFERENCE <br><br> Judge:  Ruben B. Brooks <br> Action Filed: June 27, 2007 <br> Trial Date:   None set |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant THE ELIZABETH HOSPICE, INC. ("TEH") hereby moves this Court *ex parte* for an order amending two deadlines set forth in the May 8, 2008 Order following the Early Neutral Case Evaluation Conference. More specifically, Defendant seeks to amend the deadlines currently imposed on the parties to lodge a discovery plan and to exchange initial disclosures, set for June 12, 2008 and June 16, 2008, respectively. Instead, TEH respectfully requests that these deadlines be amended as follows:

| | |
|---|---|
| Lodge Discovery Plan (Currently June 12, 2008) | July 10, 2008 |
| Initial Disclosures (Currently June 16, 2008) | July 14, 2008 |

This request was previously submitted as a part of the Rule 26(f) Report filed by TEH on

---

DUCKOR
SPRADLING
METZGER
& WYNNE

THE ELIZABETH HOSPICE, INC.'S *EX PARTE* APPLICATION FOR ORDER AMENDING DEADLINES SET FORTH IN THE MAY 8, 2008 ORDER FOLLOWING THE EARLY NEUTRAL EVALUATION CONFERENCE
384271.1
Case No. 08-CV-0587 BEN RBB

May 28, 2008 and a proposed order was submitted therewith. This *ex parte* application was prepared immediately upon learning that the request to amend the foregoing scheduling deadlines which was submitted as a part of the Rule 26(f) Report had not yet been considered by the Court as such a request must be submitted by way of motion. (*See* Declaration of Elizabeth Burke Vann, attached hereto as Exhibit "A"). As explained in TEH's Rule 26(f) Report, and in it's May 23, 2008 Reply In Support Of an Award of Sanctions, incorporated herein, Plaintiff and her counsel failed to appear and participate in the Early Neutral Case Conference and Plaintiff's counsel likewise failed to respond to counsel's requests to meet and confer prior to filing TEH's Rule 26(f) Report. As there has yet to be any meaningful opportunity to confer, and a telephonic Case Management Conference and Order to Show Cause Hearing is set for June 26, 2008, TEH believes it would be more prudent to grant a modest extension of the foregoing deadlines.

TEH believes Plaintiff will suffer no prejudice if Defendant's request to amend the above-referenced deadlines is granted. As counsel for Plaintiff is not known to have complied with the District Court's electronic filing procedures, notice of this *ex parte* application will be provided by facsimile and U.S. Mail.

For the reasons set forth above, TEH respectfully requests an *ex parte* order amending the scheduling deadlines for the parties to lodge a discovery plan and exchange initial disclosures be granted.

DATED: June 10, 2008

DUCKOR SPRADLING METZGER & WYNNE
A Law Corporation


By: _____/s/ Elizabeth Burke Vann_____
  JOHN C. WYNNE
  ELIZABETH BURKE VANN
  Attorneys for Defendant
  THE ELIZABETH HOSPICE

- 2 -

THE ELIZABETH HOSPICE, INC.'S *EX PARTE* APPLICATION FOR ORDER AMENDING DEADLINES SET FORTH IN THE MAY 8, 2008 ORDER FOLLOWING THE EARLY NEUTRAL EVALUATION CONFERENCE
384271.1
Case No. 08-CV-0587 BEN RBB