John C. Wynne (Bar No. 83041)
Elizabeth B. Vann (Bar No. 249252)
**DUCKOR SPRADLING METZGER & WYNNE**
A Law Corporation
3043 4th Avenue
San Diego, California 92103
(619) 209-3000; (619) 209-3043 fax

Attorneys for Defendant
THE ELIZABETH HOSPICE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA E. PATE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE ELIZABETH HOSPICE, INC., et al.<br><br>　　　　　Defendants. | CASE NO.: 08-CV-0587 BEN RBB<br><br>DECLARATION OF ELIZABETH B. VANN IN SUPPORT OF DEFENDANT THE ELIZABETH HOSPICE, INC.'S *EX PARTE* APPLICATION FOR ORDER AMENDING DEADLINES SET FORTH IN THE MAY 8, 2008 ORDER FOLLOWING THE EARLY NEUTRAL EVALUATION CONFERENCE<br><br>Judge:　　Ruben B. Brooks<br>Action Filed: June 27, 2007<br>Trial Date:　None set |

I, ELIZABETH B. VANN, declare as follows:

1.　I am attorney at law duly licensed to practice before all state courts of California. I am an associate at the law firm of Duckor Spradling Metzger & Wynne, attorneys for Defendant THE ELIZABETH HOSPICE, INC. in the above-captioned matter. I make this declaration of my own personal knowledge, and if called as a witness, I could and would testify competently as to the matters set forth herein. I offer the following declaration testimony in support of Defendant The Elizabeth Hospice, Inc.'s Ex Parte Application For Order Amending Deadlines Set Forth In the May 8, 2008 Order Following The Early Neutral Evaluation Conference.

2.　As more specifically set forth in a previous declaration filed on May 23, 2008, I apprised counsel for Plaintiff that I would be on vacation and out of the office from May 28, 2008

DUCKOR SPRADLING METZGER & WYNNE

DECLARATION OF ELIZABETH B. VANN IN SUPPORT OF THE ELIZABETH HOSPICE, INC.'S EX PARTE APPLICATION FOR ORDER AMENDING DEADLINES SET FORTH IN THE MAY 8, 2008 ORDER
384272.1　　　　　　　　　　　　　　　　　　　　　　CASE NO.: 08-CV-0587 BEN RBB

to June 9, 2008 and was therefore requesting to meet and confer on or before May 27, 2008, so as to comply with the Court's May 8, 2008 Order. Counsel for Plaintiff failed to respond to these requests prior to my leaving for vacation.

3. Upon returning from vacation on June 9, 2008, I had a voicemail from counsel for Plaintiff indicating that he had received my requests to meet and confer as ordered by the Court; that he was aware from my requests that I was now away on vacation; and asked that I return his call upon my return. On June 9, 2008, I unsuccessfully attempted to reach Plaintiff's counsel and left a voicemail message for him to return my call. As of the time of this declaration, Plaintiff has not returned this call.

4. Additionally, upon returning from vacation on June 9, 2008, I contacted the chambers of Judge Ruben Brooks' to determine if the request of TEH to amend the deadlines to lodge a discovery plan and exchange initial disclosures had been reviewed. I spoke with a staff attorney, Melissa, who informed me that since the request had been made as a part of TEH's Rule 26(f) Report, filed on May 28, 2008, it was not a reviewable request. She then indicated that such a request must be made by way of a formal *ex parte* motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 10th day of June, 2008 at San Diego, California.

DATED: June 10, 2008

DUCKOR SPRADLING METZGER & WYNNE
A Law Corporation

By:  /s/ Elizabeth Burke Vann
JOHN C. WYNNE
ELIZABETH BURKE VANN
Attorneys for Defendant
THE ELIZABETH HOSPICE