John C. Wynne, Esq. (SBN 83041)
Elizabeth B. Vann (SBN 249252)
DUCKOR SPRADLING METZGER & WYNNE
3043 4th Avenue
San Diego, CA 92103
(619) 209-3000

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| BARBARA E. PATE, an individual<br><br>Plaintiff<br><br>v.<br><br>ELIZABETH HOSPICE, INC., a California corporation; and DOES 1-10 Inclusive,<br><br>Defendant | No.: 08-CV-0587 BEN RBB<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br><br>Richard I. Cotter, Esq.<br>3451 Goldfinch Street<br>San Diego, CA 92103<br>Fax: (619) 255-3039<br><br>Date Served:    May 28, 2008 |
|---|---|

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above-named person the following documents:

DEFENDANT THE ELIZABETH HOSPICE, INC.'S EX PARTE APPLICATION FOR ORDER AMENDING DEADLINES SET FORTH IN THE MAY 8, 2008 ORDER FOLLOWING THE EARLY NEUTRAL EVALUATION CONFERENCE;

DECLARATION OF ELIZABETH B. VANN IN SUPPORT OF DEFENDANT THE ELIZABETH HOSPICE, INC.'S EX PARTE APPLICATION FOR ORDER AMENDING DEADLINES SET FORTH IN THE MAY 8, 2008 ORDER FOLLOWING THE EARLY NEUTRAL EVALUATION CONFERENCE

in the following manner:

1) ☒ By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at San Diego, California, on June 10, 2008.

2) ☒ By fax transmission, I faxed the documents to the person at the fax number listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____June 10, 2008_____, at San Diego, California.

/s/ Dawna Kirbey
Dawna Kirbey

DECLARATION OF SERVICE                    Case No. 08-CV-0587 BEN RBB

**DUCKOR**
**SPRADLING**
**METZGER**
**& WYNNE**
A LAW CORPORATION

3043 4th AVENUE
SAN DIEGO, CALIFORNIA 92103
TELEPHONE (619) 209-3000
FACSIMILE (619) 209-3043
www.dsmwlaw.com

## FACSIMILE TRANSMITTAL

| TO: | FACSIMILE NO.: | TELEPHONE NO.: |
|---|---|---|
| Richard I. Cotter, Esq. | 619.255.3039 | 619.243.9295 |

| FROM: | Elizabeth Burke Vann |
|---|---|
| RE: | Barbara Pate v. The Elizabeth Hospice |
| FILE NO. | 3006-006 |
| DATE: | May 14, 2008 |

| DESCRIPTION OF DOCUMENT, COMMENT OR SPECIAL INSTRUCTIONS: |
|---|
| Attached are the following documents:<br><br>DEFENDANT THE ELIZABETH HOSPICE, INC.'S EX PARTE APPLICATION FOR ORDER AMENDING DEADLINES SET FORTH IN THE MAY 8, 2008 ORDER FOLLOWING THE EARLY NEUTRAL EVALUATION CONFERENCE;<br><br>DECLARATION OF ELIZABETH B. VANN IN SUPPORT OF DEFENDANT THE ELIZABETH HOSPICE, INC.'S EX PARTE APPLICATION FOR ORDER AMENDING DEADLINES SET FORTH IN THE MAY 8, 2008 ORDER FOLLOWING THE EARLY NEUTRAL EVALUATION CONFERENCE |
| NUMBER OF PAGES SENT: __6__ (including cover sheet) |

THE PAGES COMPRISING THIS FACSIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION FROM DUCKOR SPRADLING METZGER & WYNNE. THIS INFORMATION IS INTENDED SOLELY FOR USE BY THE INDIVIDUAL OR ENTITY NAMED AS THE RECIPIENT HEREOF. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO WE MAY ARRANGE TO RETRIEVE THIS TRANSMISSION AT NO COST TO YOU.

```
*  *  *  COMMUNICATION RESULT REPORT ( JUN. 10. 2008  12:08PM )  *  *  *
                                                                         FAX HEADER:  DSM

TRANSMITTED/STORED    : JUN. 10. 2008  12:06PM
FILE                  
      MODE              OPTION              ADDRESS                RESULT      PAGE
      
222   MEMORY TX                             92553039                OK         6/6

------------------------------------------------------------------------------------
REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL               E-2) BUSY
  E-3) NO ANSWER                          E-4) NO FACSIMILE CONNECTION
```

# DUCKOR SPRADLING METZGER & WYNNE
A LAW CORPORATION

404 4th AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 209-3000
FACSIMILE (619) 209-3043
www.dsmwlaw.com

## FACSIMILE TRANSMITTAL

| To: | FACSIMILE NO.: | TELEPHONE NO.: |
|---|---|---|
| Richard I. Oster, Esq. | 619.255.3039 | 619.243.9295 |

| FROM: | Elizabeth Burke Vann |
|---|---|
| RE: | Barbara Pate v. The Elizabeth Hospice |
| FILE NO.: | 3006-006 |
| DATE: | May 14, 2008 |

DESCRIPTION OF DOCUMENT, COMMENT OR SPECIAL INSTRUCTIONS:

Attached are the following documents:

DEFENDANT THE ELIZABETH HOSPICE, INC.'S EX PARTE APPLICATION FOR ORDER AMENDING DEADLINES SET FORTH IN THE MAY 8, 2008 ORDER FOLLOWING THE EARLY NEUTRAL EVALUATION CONFERENCE;

DECLARATION OF ELIZABETH B. VANN IN SUPPORT OF DEFENDANT THE ELIZABETH HOSPICE, INC.'S EX PARTE APPLICATION FOR ORDER AMENDING DEADLINES SET FORTH IN THE MAY 8, 2008 ORDER FOLLOWING THE EARLY NEUTRAL EVALUATION CONFERENCE;

NUMBER OF PAGES SENT: __6__ (including cover sheet)

THE PAGES COMPRISING THIS FACSIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION FROM DUCKOR SPRADLING METZGER & WYNNE. THIS INFORMATION IS INTENDED SOLELY FOR USE BY THE INDIVIDUAL OR ENTITY NAMED AS THE RECIPIENT HEREOF. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO WE MAY ARRANGE TO RETRIEVE THIS TRANSMISSION AT NO COST TO YOU.

PALM SPRINGS AREA OFFICE: 78 OUTFIELD WARING DRIVE, SUITE 102 PALM DESERT, CALIFORNIA 92211 • TELEPHONE (760) 341-3333 • FACSIMILE (760) 200-7046