UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA E. PATE,<br><br>             Plaintiff,<br><br>v.<br><br>ELIZABETH HOSPICE, INC., a<br>California Corporation; and<br>DOES 1-10 INCLUSIVE,<br><br>             Defendants. | Civil No. 08cv0587 BEN(RBB)<br><br>ORDER GRANTING DEFENDANT<br>ELIZABETH HOSPICE, INC.'S EX<br>PARTE APPLICATION FOR ORDER<br>AMENDING DEADLINES SET FORTH<br>IN THE MAY 8, 2008 ORDER<br>FOLLOWING THE EARLY NEUTRAL<br>EVALUATION CONFERENCE [DOC.<br>NO. 11] |

   Pursuant to the request set forth in Defendant The Elizabeth Hospice, Inc.'s Ex Parte Application for Order Amending Deadlines [doc. no. 11] and for good cause shown,

   IT IS HEREBY ORDERED that the date to lodge a discovery plan, currently set for June 12, 2008, shall be reset for July 10, 2008; and

1        IT IS HEREBY ORDERED that the date to exchange initial
2   disclosures, currently set for June 16, 2008, shall be reset for
3   July 14, 2008.
4        IT IS SO ORDERED.
5
6   DATED: June 10, 2008                    _____
                                            Ruben B. Brooks, Magistrate Judge
7                                           United States District Court

8   cc:
    Judge Benitez
9   All Parties of Record