### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

PATE v. ELIZABETH HOSPICE                    Case No. 08cv0587 BEN(RBB)
                                             **Time Spent:  15 mins.**

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
      Plaintiffs                              Defendants

Richard Cotter (present)              John Wynne
                                      Elizabeth Vann (present)


PROCEEDINGS:   x   In Chambers      ___ In Court     x   Telephonic

A telephonic case management conference and order to show cause hearing were held.

A settlement conference is set for August 28, 2008, at 2:00 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185.  Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: June 26, 2008          IT IS SO ORDERED:   _Ruben Brooks_
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Benitez                                INITIALS: VL (mg/irc) Deputy
    All Parties of Record

K:\COMMON\BROOKS\CASES\PATE587\MINUTE02.wpd