1  RICHARD COTTER, ESQ. SBN 237479
   3451 Goldfinch Street
2  San Diego, California 92103
   Telephone (619) 243-9295
3  Facsimile (619) 255-3939

4  Attorney for Plaintiff Barbara Pate

UNITED STATES FEDERAL DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA E. PATE, an individual,<br><br>  Plaintiff,<br>  v.<br><br>ELIZABETH HOSPICE, INC., a California Corporation; and DOES 1-10 INCLUSIVE,<br><br>  Defendant. | CASE NO.: 08cv0587 BEN(RBB)<br><br>PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER ALLOWING PLAINTIFF TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Dept:<br>Judge: RUBEN B. BROOKS |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, BARBARA E. PATE, hereby moves the Court Ex Parte for an allowing the plaintiff to appear at the August 28, 2008 Status Conference telephonically.

Plaintiff resides in Salinas California and has recently changed jobs and is working in San Jose. Plaintiff's spouse, who had been laid off months ago, within the last two weeks obtained employment. Due to the recent employment changes, the high cost of travel, and the financial

///

1  situation of the family, Plaintiff is not able to be present at today's hearing. Plaintiff is available
2  via telephone for the hearing.
3        For the reasons set forth above, the Plaintiff respectfully requests an *ex parte* order
4  allowing the Plaintiff to appear telephonically at the Case status conference on August 28, 2008.

9  Dated: June 27, 2007

                                                          _____/s/_____
                                                          Richard I. Cotter, Esq.
                                                          Attorney for Barbara E. Pate