RICHARD COTTER, ESQ. SBN 237479
3451 Goldfinch Street
San Diego, California 92103
Telephone (619) 243-9295
Facsimile (619) 255-3939

Attorney for Plaintiff Barbara Pate

UNITED STATES FEDERAL DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA E. PATE, an individual,<br><br>              Plaintiff,<br>v.<br><br>ELIZABETH HOSPICE, INC., a California Corporation; and DOES 1-10 INCLUSIVE,<br><br>              Defendant. | CASE NO.: 08cv0587 BEN(RBB)<br><br>RICHARD COTTER'S DECLARATION IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER ALLOWING PLAINTIFF TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Dept:<br>Judge: RUBEN B. BROOKS |

I, RICHARD COTTER, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and the attorney of record for Plaintiff, Barbara E. Pate. Each of the matters stated in the following are true of my own personal knowledge, and, if called as a witness, I would and could competently testify.

2. On or about June 27, 2008, I informed Plaintiff of the August 28, 2008 court date. Earlier this week I contacted Plaintiff to confirm with her the August 28, 2008

1  hearing. On August 27, 2008, Plaintiff informed me that both her and her husband
2  recently started new employment and would not be able to attend the hearing but
3  would be available telephonically.
4      I declare under the penalty of perjury under the laws of the State of California that
5  the foregoing is true and correct.  Executed on August 28, 2008, at San Diego, California.

7  August 28, 2008

8                                        _____/s/_____
9                                             Richard I. Cotter, Esq.